**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-02561 JAK (AJWx) | Date | November 13, 2013 |
|---|---|---|---|
| Title | Gabrielle Harris et al. v. US Bank National Association | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S CASE FOR FAILURE TO ADHERE TO COURT'S ORDERS AND FAILURE TO PROSECUTE JS-6

On July 22, 2013, Plaintiff Gabrielle Harris ("Plaintiff"), representing herself, filed a First Amended Complaint ("FAC") against the following defendants: (1) US Bank, National Association ("US Bank"); (2) JP Morgan Chase & Co. ("Chase"); and (3) Does 1-10 (collectively "Defendants"). Dkt. 23, FAC. The FAC advanced claims arising from the allegedly improper transfer of Plaintiff's home loan from Washington Mutual Bank to US Bank and Chase.  On August 5, 2013, Defendants brought a Motion to Dismiss the FAC (the "Motion"). Dkt.26. In its October 3, 2013 Order granting Defendants' Motion with leave to amend, the Court stated that Plaintiff was to serve any amended complaint on or before October 21, 2013.  Dkt. 31 at 8.  Plaintiff failed to do so.  On October 23, 2013, Defendants filed an ex parte application to dismiss the case as a result of Plaintiff's failure to amend her complaint by the October 21, 2013 deadline.  Dkt. 33.  On October 29, 2013, the Court issued an order stating that "[i]f no good cause is shown by Plaintiff in a declaration that accompanies a request for leave to file an amended pleading after the October 21, 2013 deadline, together with a proposed amended complaint, such declaration and application to be filed on or before November 4, 2013, the action will be dismissed with prejudice for Plaintiff's failure to comply with the Court's orders."  Dkt. 34 at 2.  On November 8, 2013, Defendants filed a notice of Plaintiff's failure to file an amended pleading by November 4, 2013, pursuant to the Court's Order.  Dkt. 36.  Plaintiff has failed to follow two separate Court orders detailing deadlines for the submission of an amended complaint.  Because Plaintiff failed to follow these orders, and therefore, to prosecute this matter, the matter is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |